KOLA LUMBER COMPANY, Appellant, vs. STOUGHTON WAGON
COMPANY, Respondent.

*September 14—October 4, 1910.*

*Appeal: Findings, when disturbed.*

Upon evidence fairly justifying either of two inferences, the de
cision of the trial court must control.

APPEAL from a judgment of the circuit court for Dane
county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

Plaintiff brings this action to recover the purchase price of
a carload of wagon bottoms shipped by it to defendant with-
out any order from defendant requesting it so to do. The
bottoms so shipped were used by defendant. Prior to the
making of the shipment the defendant had entered into an
executory contract with the Ellisville Lumber Company to
furnish it a number of wagon bottoms. A jury was waived,
and the trial court found that the car in question was
shipped in part execution of the contract between the Ellis-
ville Lumber Company and the defendant; that it was
shipped by the plaintiff for and upon the credit of the Ellis-
ville Lumber Company; and that the Ellisville Lumber Com-
pany and not the plaintiff was the real party in interest.
On the findings so made judgment was entered dismissing
the complaint.

For the appellant there was a brief by *Tenney, Hall &
Tenney,* and oral argument by *F. W. Hall.*

For the respondent there was a brief by *Olin & Butler,*
and oral argument by *H. L. Butler.*

BARNES, J. If any contract relation existed between
plaintiff and defendant, it existed by implication only. Cer-
tain facts were testified to from which the court might well
have inferred an implied contract on the part of the defend-

ant to pay plaintiff for the lumber.   Other facts were shown from which it could be legitimately inferred that the plaintiff shipped the lumber in part execution of the contract between the Ellisville Lumber Company and the defendant and upon the credit of the Ellisville Lumber Company.   It is as logical to draw the latter inference from the evidence as it is the former.

"Upon evidence fairly justifying either of two inferences, the decision of the trial court must control."   *Spuhr v. Kolb,* 111 Wis. 119, 120, 86 N. W. 562.

It is not the custom of this court to embody in its opinions the evidence sustaining the findings of trial courts, inasmuch as no useful purpose would be served by so doing.

*By the Court.*—Judgment affirmed.